Frank P. Coon, appellant, v. Janows & Kramer Company, appellee. Gen. No. 31,204.

Action to recover on written contract for services. Judgment for defendant on striking plaintiff's statement of claim. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Frederic L. Goff, for appellant. Frisch & Frisch, for appellee; Sidney Frisch and Robert E. Corcoran, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Mary O'Toole, defendant in error, v. William Haran, plaintiff in error. Gen. No. 31,216.

Bastardy proceeding. Judgment of filiation, for maintenance, and for bond. Error to the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Payton J. Tuohy, for plaintiff in error. Schnackenberg & Hansen and Robert E. Crowe, State's Attorney, for defendant in error; Elmer J. Schnackenberg, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Bertha B. Forrester, administratrix of the estate of Joseph Forrester, deceased, defendant in error, v. Charles C. Adsit, plaintiff in error. Gen. No. 31,236.

Bill for an accounting. Decrees for complainant. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 7, 1927.

James Todd and Wharton Plummer, for plaintiff in error; Alden, Latham & Young, of counsel. A. W. Martin and Edward H. S. Martin, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

Aaron Kuhn, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,311.

Action to recover cost of repairing automobile damaged in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 7, 1927.

Samuels, Costello & Greenberg, for appellant; John W. Costello and Edward Wolfe, of counsel. Kremer, Branand & Hamer, for appellee.

Mr. Justice Johnston delivered the opinion of the court.